[No. 44762-2-II. Division Two. September 3, 2014.]

*In the Matter of the Marriage of* JAMELL COLLINS, *Appellant*, and ARLENE COLLINS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-3-00600-7, Elizabeth P. Martin, J., entered March 15, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa and Melnick, JJ.

[No. 45002-0-II. Division Two. September 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MARYLENA SHERMEIRA BLOCKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03213-2, John R. Hickman, J., entered June 14, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 45123-9-II. Division Two. September 3, 2014.]

KELSEY BREITUNG, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-08149-8, Garold E. Johnson, J., entered June 28, 2013. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 31359-0-III. Division Three. September 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME L. PLEASANT, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 12-1-50320-5, Vic L. VanderSchoor, J., entered December 18, 2012. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.